UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MISC. NO.: 1:23-mc-22764-BB

SECURITIES AND EXCHANGE
COMMISSION,

    Applicant,

v.

BRANDON CHARNAS,

    Respondent.
_____/

### APPLICANT'S NOTICE OF SERVICE OF PROCESS ON RESPONDENT BRANDON CHARNAS

The Securities and Exchange Commission (**"Commission"**) hereby notifies the Court that Respondent Brandon Charnas was served on July 26, 2023, with the Commission's Application for an Order to Show Cause and For an Order Requiring Compliance with Administrative Subpoena and Incorporated Memorandum of Law (**"Application"**). The undersigned conferred telephonically with counsel for Mr. Charnas, John Lauro, who agreed to accept service of the Application via email, as verified in the attached written correspondence, attached as Exhibit A. The Application and its exhibits have since been transmitted to Mr. Lauro electronically.

Dated: July 26, 2023

                                              Respectfully submitted,

                              By:    *Michael J. Gonzalez*
                                         Russell Koonin
                                         Senior Trial Counsel
                                         Fla. Bar No. 474479
                                         Direct Dial: (305) 982-6390
                                         E-mail: kooninr@sec.gov

                                         Michael J. Gonzalez
                                         Senior Counsel

                Florida Bar No. 110598
                Direct Dial:  (305) 982-6318
                Email: gonzalezmi@sec.gov

                Attorneys for Plaintiff
                **Securities and Exchange Commission**
                801 Brickell Avenue, Suite 1950
                Miami, Florida 33131
                Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, the foregoing was filed via CM/ECF and was also provided via email to:

John F. Lauro, Esq.
Lauro & Singer
400 N. Tampa St. 15th Floor
Tampa, FL 33602
(813) 222-8990
jlauro@laurolawfirm.com
***Counsel for Respondent***

                */s/ Michael J. Gonzalez*
                Michael J. Gonzalez, Esq.