# EXHIBIT A

**Gonzalez, Michael J.**

| | |
|---|---|
| **From:** | John Lauro <jlauro@laurosinger.com> |
| **Sent:** | Wednesday, July 26, 2023 3:31 PM |
| **To:** | Gonzalez, Michael J. |
| **Cc:** | Koonin, Russell; Berkowitz, Jason R.; Panahi, Drew D.; Ward, Rosalind; Hernandez, Alex (Contractor) |
| **Subject:** | Re: FL-04276 B. Charnas Subpoena Enforcement Application |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Michael -

Yes this will confirm that I will accept service of the SEC's filing on behalf of our client Brandon Charnas. We also agreed that, subject to court approval, our opposition papers will be due on August 16.

All the best, John

> On Jul 26, 2023, at 3:00 PM, Gonzalez, Michael J. <gonzalezmi@sec.gov> wrote:
>
> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> John,
>
> It was good speaking with your earlier today. Thank you for agreeing to accept service for our subpoena enforcement application as to your client, Mr. Charnas, via email. Given the size of the attachments, our IT team will be sending you an Accellion link with the entirety of the filing. If you have any questions, let us know.
>
> Regards,
>
> Michael J. Gonzalez
> Senior Counsel, Division of Enforcement
> U.S. Securities and Exchange Commission
> 801 Brickell Ave., Suite 1950
> Miami, FL 33131
> Ph. (305) 982-6318
> E-mail: gonzalezmi@sec.gov



1

**From:** John Lauro <jlauro@laurosinger.com>
**Sent:** Wednesday, July 26, 2023 8:53 AM
**To:** Gonzalez, Michael J. <gonzalezmi@SEC.GOV>
**Cc:** Koonin, Russell <KooninR@SEC.GOV>; Berkowitz, Jason R. <BERKOWITZJ@SEC.GOV>; Panahi, Drew D. <PanahiD@SEC.GOV>
**Subject:** Re: FL-04276 B. Charnas Subpoena Enforcement Application

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes that works for me

On Jul 26, 2023, at 8:46 AM, Gonzalez, Michael J. <gonzalezmi@sec.gov> wrote:

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John,

Do you have time today at 10am? I can send along a WebEx. Thanks.

Best,

Michael J. Gonzalez
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL 33131
Ph. (305) 982-6318
E-mail: gonzalezmi@sec.gov
<image001.jpg>

**From:** John Lauro <jlauro@laurosinger.com>
**Sent:** Wednesday, July 26, 2023 8:33 AM
**To:** Gonzalez, Michael J. <gonzalezmi@SEC.GOV>
**Cc:** Koonin, Russell <KooninR@SEC.GOV>; Berkowitz, Jason R. <BERKOWITZJ@SEC.GOV>; Panahi, Drew D. <PanahiD@SEC.GOV>
**Subject:** Re: FL-04276 B. Charnas Subpoena Enforcement Application

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Michael - thanks for reaching out.  Do you have time for a quick call this am? Thx

Sent from

**John F. Lauro**
Admitted FL, NY & DC
jlauro@laurolawfirm.com

**Tampa** 400 N. Tampa St. 15th Floor|Tampa, FL 33602
**T** 813.222.8990 **C** 917.405.4435
**Miami**  1101 Brickell Ave. 8th Floor|Miami, FL 33131
**New York** 250 E. 53rd St. #1701|New York, NY 10022
www.laurolawfirm.com

<~WRD0000.jpg>

IMPORTANT: The contents of this email and any attachments are confidential. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

my iPad

On Jul 25, 2023, at 4:07 PM, Gonzalez, Michael J. <gonzalezmi@sec.gov> wrote:

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

John,

Today, we filed an application for an order to show cause and for an order requiring compliance with our administrative subpoena in U.S. District Court for the Southern District of Florida against your client, Brandon Charnas. For convenience, I am providing you with a link to our litigation release, which also has the application linked to it: https://www.sec.gov/litigation/litreleases/2023/lr25788.htm

We can send you the accompanying exhibits to the application via an Accellion link.  Can you please confirm you are willing to accept service via email as soon as possible.  Thanks and let us know if you have any questions.

Regards,

Michael J. Gonzalez
Senior Counsel, Division of Enforcement
U.S. Securities and Exchange Commission
801 Brickell Ave., Suite 1950
Miami, FL 33131

Ph. (305) 982-6318
E-mail: gonzalezmi@sec.gov
<image001.jpg>

4