UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mc-22764-BLOOM

SECURITIES AND EXCHANGE
COMMISSION,

  Applicant,
v.

BRANDON CHARNAS,

  Respondent.
_____/

### ORDER ON SECURITIES AND EXCHANGE COMMISSION'S APPLICATION FOR AN ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court upon a *sua sponte* examination of the record. Applicant Securities and Exchange Commission ("Commission") seeks an Order to show cause and for an Order compelling Respondent Brandon Charnas ("Charnas") to comply with a subpoena issued to Charnas on November 3, 2022, as modified on April 19, 2023 ("Subpoena"). ECF No. [1] at 5. As to the former Order, the Commission specifically asks the Court to promptly set an Order to Show Cause Hearing. *Id.* at 17 (citing *SEC v. Marin*, 982 F.3d 1341, 1355 (11th Cir. 2020)).

Accordingly, it is **ORDERED AND ADJUDGED** that the Commission shall, by **August 1, 2023**, file a Proposed Order to Show Cause on the docket in this action and concurrently submit the Proposed Order to bloom@flsd.uscourts.gov in Word format (not in PDF format) in accordance with the Court's CM/ECF NextGen Administrative Procedures. *See, e.g.*, *SEC v. Cleary*, No. 9:17-mc-81205-BB (S.D. Fla. filed Oct. 26, 2017), ECF No. [3]. The e-mail subject line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 05-cv-20534 Order). All counsel must be copied on the e-mail to the Court. The Proposed Order, if approved by the Court, will be filed with the Clerk of Court.

Case No. 23-mc-22764-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 26, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record