UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mc-22764-Bloom

SECURITIES AND EXCHANGE
COMMISSION,

    Applicant,

v.

BRANDON CHARNAS,

    Respondent.
_____/

**APPLICANT'S NOTICE OF FILING PROPOSED ORDER TO SHOW CAUSE**

Pursuant to the Court's Order [DE 4], the Securities and Exchange Commission (**"Commission"**) hereby files the attached proposed Order regarding the Commission's Application For an Order to Show Cause and for an Order Requiring Compliance With Administrative Subpoena [D.E. 1].

Dated: July 28, 2023

Respectfully submitted,

By: _____
RUSSELL KOONIN
Digitally signed by RUSSELL KOONIN
Date: 2023.07.28 11:01:50 -04'00'

Russell Koonin
Senior Trial Counsel
Fla. Bar No. 474479
Direct Dial: (305) 982-6390
E-mail: kooninr@sec.gov

Michael J. Gonzalez
Senior Counsel
Florida Bar No. 110598
Direct Dial: (305) 982-6318
Email: gonzalezmi@sec.gov

Attorneys for Applicant
**Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300

### CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, the foregoing was filed via CM/ECF and was also provided via email to:

John F. Lauro, Esq.
Lauro & Singer
400 N. Tampa St. 15th Floor
Tampa, FL 33602
(813) 222-8990
jlauro@laurolawfirm.com
***Counsel for Respondent***

RUSSELL KOONIN
Digitally signed by RUSSELL KOONIN
Date: 2023.07.28 11:03:17 -04'00'

Russell Koonin, Esq.