**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 23-mc-22764-BLOOM/Otazo-Reyes**

SECURITIES AND EXCHANGE COMMISION,

     Plaintiff,

v.

BRANDON CHARNAS,

     Defendant.

_____/

**ORDER REFERRING MOTION TO MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that Plaintiff's Application for an Order to Show Cause, ECF No. [1], is **REFERRED** to Magistrate Judge Alicia M. Otazo-Reyes for disposition.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 2, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record