UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mc-22764-BLOOM/Otazo-Reyes

**SECURITIES AND EXCHANGE COMMISSION,**

    Applicant,

v.

**BRANDON CHARNAS,**

    Respondent.

_____/

## ORDER TO SHOW CAUSE

This matter comes before the Court on the Securities and Exchange Commission's (the "Commission") Application for an Order to Show Cause and for an Order Requiring Compliance with Administrative Subpoena and Incorporated Memorandum of Law ("Application") [D.E. 1], filed July 25, 2023. The Commission asks the Court to order Respondent Brandon Charnas ("Respondent") to appear before this Court and show cause why subpoena, as revised on April 19, 2023 ("Subpoena") issued to Respondent to produce certain documents should not be enforced.

The Court has reviewed the Application including its memorandum of law and supporting declarations, and being otherwise familiar with the applicable law and issues herein, accordingly,

**IT IS HEREBY ORDERED** that the Commission's Application is **GRANTED**.

**IT IS FURTHER ORDERED** that Respondent shall appear before this Court, located at the C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, 10th Floor, Mami, Florida, 33128, on August 17, 2023 at 10:30 A.M. for a hearing at which Respondent must show cause why this Court should not issue an Order:

    (a) directing that Respondent produce all non-privileged documents responsive to the Subpoena no later than August 24, 2023.

    (b) directing that, in the event Respondent does not comply with (a),

    (i)    the Commission will have established a prima facie case of civil contempt against the Respondent for failure to comply with the Order directing him to comply with the Subpoena; and

    (ii)    Respondent will be held in civil contempt for failure to comply with the Subpoena without further notice or hearing; and

    (iii)    The Court will then set a subsequent hearing for a determination on the penalty to impose on Respondent for his civil contempt.

**IT IS FURTHER ORDERED** that according to the Application [D.E. 1] and the Commission's Notice of Service of Process [D.E. 3], Respondent is represented by counsel. The Commission shall immediately serve this Order on Respondent's counsel via electronic mail and request a response from counsel confirming receipt. In the absence of confirmation of receipt, the Commission shall send this Order to counsel via UPS overnight delivery. The Commission shall promptly file proof either counsel's email confirmation or UPS delivery confirmation (if applicable) with the Court.

**IT IS FURTHER ORDERED** that Respondent, if he chooses to do so, may file with this Court a response to the Application no later than <u>August 10, 2023</u>. If Respondent files a response, the Commission, if it chooses to do so, may file a reply brief no later than five days from the date of Respondent's filing.

**DONE AND ORDERED** in chambers at Miami, Florida this <u>2nd</u> day of August, 2023.

                                                          ALICIA M. OTAZO-REYES
                                                          UNITED STATES MAGISTRATE JUDGE

cc:    United States District Judge Beth Bloom
       Counsel of Record