UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-mc-22764-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

    Applicant,

v.

BRANDON CHARNAS,

    Respondent.
_____/

**PLAINTIFF'S NOTICE OF UNAVAILABILITY**

The undersigned hereby gives Notice to the Court and all attorneys and parties that counsel for the Commission, Russell Koonin, will be unavailable August 24, 25 and 28, 2023, and respectfully requests that no hearings be scheduled on these three days.

Dated: August 3, 2023

    Respectfully submitted,

_____
Russell Koonin
Senior Trial Counsel
Fla. Bar No. 474479
Direct Dial: (305) 982-6390
E-mail: kooninr@sec.gov

Attorney for Plaintiff
**Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, Florida 33131
Telephone: (305) 982-6300

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2023, the foregoing was filed via CM/ECF and was also provided via email to:

John F. Lauro, Esq.
Lauro & Singer
400 N. Tampa St. 15th Floor
Tampa, FL 33602
(813) 222-8990
jlauro@laurolawfirm.com
fpavalon@laurosinger.com
***Counsel for Respondent***

Russell Koonin, Esq.