UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-MC-22764-BLOOM/Otazo-Reyes

SECURITIES AND EXCHANGE
COMMISSION,

      Applicant,

v.

BRANDON CHARNAS,

      Respondent.

_____/

**RESPONDENT BRANDON CHARNAS'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO APPLICATION FOR AN ORDER TO SHOW CAUSE
AND FOR AN ORDER REQUIRING COMPLIANCE WITH ADMINISTRATIVE
SUBPOENA AND INCORPORATED MEMORANDUM OF LAW**

Respondent Brandon Charnas ("Charnas"), by and through his undersigned attorneys and pursuant to Federal Rule of Civil Procedure 6(b), having received the Court's Order to Show Cause [D.E. 7] via e-mail from the Security and Exchange Commission (the "Commission"), respectfully moves for an extension of time until August 16, 2023 to respond to the Commission's Application for an Order to Show Cause and for an Order Requiring Compliance with Administrative Subpoena and Incorporated Memorandum of Law (the "Application") [D.E. 1].[1] The Commission consents to this extension.

The Commission filed the Application on July 25, 2023. On July 27, the Court directed the Commission to file a Proposed Order to Show Cause [D.E. 4]. The Commission complied [D.E.

---

[1] If the Court grants this brief extension, then consistent with the current schedule, the Commission's reply would be due on or before August 21 and the hearing held on or after August 23. The Commission has indicated its unavailability on August 24, 25, and 28, 2023 [D.E. 8].

5-1]. On August 2, the Court entered the Order to Show Cause and directed Charnas to file his response to the Application on or before August 10 and to appear for a hearing on August 17 at 10:30 A.M. [D.E. 7].

Since that time, Charnas has been working diligently to prepare his opposition papers. However, considering the gravity of the Commission's requested relief (no Fifth Amendment protection), a six-day extension is necessary for Charnas to fully evaluate and respond to the Commission's arguments. Counsel for Charnas have also been recently engaged in a matter requiring a considerable amount of attention. The Commission consents to this brief extension. The extension will not materially impact the resolution of this matter. As noted above, the Commission's reply would be due five days later, on or before August 21, and the hearing would be held on or after August 23.

Wherefore, Charnas respectfully requests that the Court grant this unopposed motion and extend his time to respond to the Application until August 16, 2023.

### Local Rule 7.1(a)(3) Certification

Counsel for Charnas has conferred with the Commission's counsel, Russell Koonin, who advises that the Commission consents to the requested relief.

*[SIGNATURE PAGE FOLLOWS]*

2

Dated: August 3, 2023

Respectfully submitted,

*/s/ John F. Lauro*
John F. Lauro, Esq.
Florida Bar No. 794074
jlauro@laurosinger.com
Filzah I. Pavalon, Esq.
Florida Bar No. 1033403
fpavalon@laurosinger.com
LAURO & SINGER
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990

*Counsel for Respondent Brandon Charnas*